IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OMAR SULAIMAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:15-cv-04518 |
| ) | |
| BIEHL & BIEHL, INC., ) | Judge John J. Tharp Jr. |
| ) | |
| Defendant. ) | Magistrate Judge Mary M. Rowland |

**DEFENDANT'S MOTION FOR COSTS**

NOW COMES Defendant, BIEHL & BIEHL, INC. ("Biehl"), by and through its attorneys, David M. Schultz and Palak N. Shah of Hinshaw & Culbertson LLP, and for its Motion for Costs pursuant to Fed. R. Civ. P. 54, states as follows:

1. On May 21, 2015, Plaintiff filed a Complaint against Biehl for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692e, et seq. ("FDCPA") and the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505 ("ICFA"). (Dkt. #1).

2. On July 24, 2015, Plaintiff filed an Amended Complaint for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692e, et seq. ("FDCPA") and the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505 ("ICFA"). (Dkt. #15).

3. The parties filed cross motions for summary judgment on and on September 30, 2016, the Court denied Plaintiff's motion and granted Biehl's motion for summary judgment on all of Plaintiff's claims. (Dkt. #40, 41).

4. Judgment in favor of Biehl and against Plaintiff was entered on September 30, 2016. (Dkt. #42).

5. Thus, Biehl is the prevailing party and requests costs pursuant to Fed. R. Civ. P. 54, which provides that "costs – other than attorney's fees – should be allowed to the prevailing party." Fed. R. Civ. P. 54(d)(1).

6. Biehl incurred a total of $587.25 in costs. These costs were necessary for Biehl to adequately defend this case through a motion for summary judgment. *See* Exhibit A, Biehl's Bill of Costs.

Wherefore, Defendant, BIEHL & BIEHL, INC., respectfully requests that this Court enter an order requiring Plaintiff to pay Defendant $587.25 in costs pursuant to Rule 54.


| | |
|---|---|
| David M. Schultz<br>Palak N. Shah<br>HINSHAW & CULBERTSON LLP<br>222 N. LaSalle Street, Suite 300<br>Chicago, IL 60601<br>dschultz@hinshawlaw.com<br>pshah@hinshawlaw.com<br>Phone No.: 312-704-3000 | Respectfully Submitted,<br><br>Biehl & Biehl, Inc.,<br><br>By: */s/Palak N. Shah*<br>      One of Its Attorneys |

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2016 I electronically filed the foregoing **Motion for Costs** by using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

*s/Palak N. Shah*
Palak N. Shah
Hinshaw & Culbertson LLP
222 N. LaSalle St., Suite 300
Chicago, IL  60601-1081
Tel:    312/704-3000
Fax:    312/704-3001

131511239v1 0973929